UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BONNIE LEE YEGIDIS,

              Plaintiff,

-vs-                                      Case No.  2:09-cv-353-FtM-36DNF

BOARD OF TRUSTEES OF FLORIDA GULF
COAST UNIVERSITY,

              Defendant.

_____

## ORDER

      This matter comes before the Court on a Telephonic Hearing on December 7, 2010.  Counsel for the parties appeared for a telephonic hearing to discuss available dates to re-convene for Settlement Conference.  Rod Smith, Esq., appeared for the Plaintiff.  Teresa Gallion, Esq., appeared for the Defendant.  The parties agreed to appear before the undersigned on Monday, December 13, 2010, at 9:00 A.M. Counsel also discussed the availability of their clients and individuals with full settlement authority.   Specifically, Defense Counsel advised the Court of Dr. Bradshaw's schedule and his availability by telephone in the alternative.  Having considered the schedules of Counsel, their clients and other interested parties,  the Court will schedule the settlement conference as stipulated by Counsel and outlined below.

      Accordingly, it is now

**ORDERED:**

(1)     The Settlement Conference shall be scheduled for Monday, **DECEMBER 13, 2010** at 9:00 A.M., and will take place in Courtroom 5D located in the United States Courthouse & Federal Building, 2110 First Street, Fort Myers, Florida 33901.

(2)     Plaintiff's Counsel and his client shall appear in person.

(3)     Defendant's Counsel shall appear in person along with General Counsel for the University, Ms. Leonard.  Dr. Bradshaw shall make himself available via telephone during the hours Counsel is involved in settlement discussions.

(4)     Each party is permitted to bring ONE cell phone to the Conference.

**DONE AND ORDERED** at Fort Myers, Florida, this ___8th___ day of December, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE


Copies: All Parties of Record